DOMINICK FRANTELIZZI, Respondent, v. FRED RIEFLER et al., Appellants, et al., Defendants.— In an action by a subcontractor to foreclose a mechanic's lien, defendants owner and contractor appeal from a judgment permitting foreclosure of the lien for the sum of $779, together with interest from the date of filing of the lien. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Johnston, Wenzel and Mac-Crate, JJ.

◼

In the Matter of the Accounting of HENRY F. DOLAN, as Executor of MARGARET FORDE, Deceased. HENRY F. DOLAN, Individually and as Executor of MARGARET FORDE, Deceased, et al., Appellants; ELIZABETH M. CASSIDY, Respondent, et al., Defendants.— Proceeding to settle an executor's account and to construe a part of a will. Appeal by the executor, as such, and individually as a residuary legatee and two other residuary legatees from so much of a decree of the Surrogate's Court, Kings County, which construes paragraph "Fourteenth" of the will (giving the residue of the estate to five named cousins, share and share alike) to mean that intestacy occurred with respect to the shares of two of the named cousins who predeceased the testatrix, and directs that their shares be paid to distributees of the decedent. Decree, insofar as appealed from, unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [201 Misc. 198.]

◼

In the Matter of JOSEPH GLUCKMAN, Petitioner, against CLIFFORD J. FLETCHER, as Commissioner of Motor Vehicles of the State of New York, Respondent.— In an article 78 proceeding to review the determination of the Commissioner of Motor Vehicles suspending petitioner's license for fifteen days on the ground of persistent violation of traffic regulations (Vehicle and Traffic Law, § 71, subd. 3, par. [d]), it appeared that petitioner had violated speed regulations four times within four years, in addition to two other minor violations. Determination unanimously confirmed, with $50 costs and disbursements. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, MacCrate and Schmidt, JJ.